MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-mail: wrhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00086 MAG |
| )<br>Plaintiff, ) | **ORDER GRANTING MOTION FOR SUMMONS** |
| )<br>v. ) | |
| )<br>MARLON TANDINCO, ) | |
| )<br>Defendant. ) | |

Having reviewed the Declaration of Sarah K. Hwang, the Court finds probable cause exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Marlon Tandinco, to appear on March 11, 2011 at 9:30 a.m. before Magistrate Judge Donna Ryu to answer the Information that has been filed by the United States Attorney.

Dated:  2/23/2011

DONNA RYU
United States Magistrate Judge

ORDER FOR SUMMONS
CR 11-00086 MAG                                     -1-