BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TANDINCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0086-MAG |
| Plaintiff, | STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| MARLON TANDINCO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the

STATUS HEARING date of April 28, 2011 presently scheduled at 9:30 a.m., before the

Honorable Laurel Beeler, be vacated and re-set for May 26, 2011 at 9:30 a.m. for  TRIAL OR

MOTIONS SETTING OR DISPOSITION HEARING before the Oakland Duty Magistrate.

The reason for this request is that defense counsel is currently researching the case and

the discovery provided.  In this case, there are complicated issues related to immigration

consequences which must be thoroughly researched prior to any resolution.  Furthermore, there

are a number of alleged transactions and witnesses to be considered prior to the setting of

motions or disposition.

1    The parties agree and stipulate that the time until May 26, 2011 should be excluded,

2  under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of

3  the continuance outweigh the bests interests of the public and the defendant in a speedy and

4  public trial. The continuance is necessary to accommodate counsel's preparation efforts in a case

5  involving complicated immigration issues as well as numerous alleged transactions and

6  witnesses.

7

8

9  _____          _____/s/_____

10  Date    4/26/11                   John Paul Reichmuth
                                       Assistant Federal Public Defender
                                       Counsel for defendant TANDINCO
11

12

13  _____          _____/s/_____

14  Date    4/26/11                   Wade Rhyne
                                       Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

1    ORDER

2         The court finds that the ends of justice served by the granting of the continuance

3    outweigh the bests interests of the public and the defendant in a speedy and public trial. The

4    continuance is necessary to accommodate counsel's preparation efforts given that this case

5    involves complicated immigration issues as well as numerous alleged transactions and witnesses.

6     Based on these findings, it is hereby

7         ORDERED that the above-captioned matter be continued to May 26, 2011 at ~~9:30 a.m.~~, 10:00 a.m.
      Magistrate Judge Laurel Beeler

8    before ~~the Oakland Duty Magistrate~~, and that time be excluded from April 28, 2011 until May

9    26, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

10        IT IS SO ORDERED.

11

12

13   May 2, 2011
     Date

14                                    HON. LAUREL BEELER
                                      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

                                      3