1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant TANDINCO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-11-0086-MAG
                                        )
12                    Plaintiff,        )    STIPULATION TO CONTINUE;
                                        )    [PROPOSED] ORDER CONTINUING
13  vs.                                 )    CASE AND EXCLUDING TIME UNDER
                                        )    THE SPEEDY TRIAL ACT
14  MARLON TANDINCO,                    )
                                        )
15                    Defendant.        )
    _____ )
16

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  STATUS  HEARING date of May 26, 2011 presently scheduled at 10:00 a.m., before the

19  Honorable Laurel Beeler, be vacated and re-set for June 16, 2011 at 9:30 a.m. for  TRIAL OR

20  MOTIONS SETTING OR DISPOSITION HEARING before Hon. Laurel Beeler, United States

21  Magistrate Judge.

22          The reason for this request is that defense counsel is currently researching the case and

23  the discovery provided.  In this case, there are complicated issues related to immigration

24  consequences which must be thoroughly researched prior to any resolution.  Furthermore, there

25  are a number of alleged transactions and witnesses to be considered prior to the setting of

26  motions or disposition.

1    The parties agree and stipulate that the time until June 16, 2011 should be excluded,

2  under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of

3  the continuance outweigh the bests interests of the public and the defendant in a speedy and

4  public trial. The continuance is necessary to accommodate counsel's preparation efforts in a case

5  involving complicated immigration issues as well as numerous alleged transactions and

6  witnesses.

7

8

9  Date    6/09/11

      _____/s/_____

10     John Paul Reichmuth
       Assistant Federal Public Defender
       Counsel for defendant TANDINCO

11

12

13  Date    6/09/11

      _____/s/_____

14     Sarah Hwang
       Law Clerk, United States Attorney's Office

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves complicated immigration issues as well as numerous alleged transactions and witnesses. Based on these findings, it is hereby

ORDERED that the above-captioned matter be continued to June 16, 2011 at 9:30 a.m., before the Hon. Laurel Beeler, and that time be excluded from May 26, 2011 until June 16, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

June 14, 2011
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE